UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Gary Apple,

                                            Plaintiff,

– against –

New York City Department of Education,

                                            Defendant.

**STIPULATION AND ORDER OF DISMISSAL**

23-cv-1303 (BMC)

------------------------------------------------------------------X

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
April 20, 2023

**Stewart Lee Karlin Law Group, PC**
*Attorney for Plaintiff*
111 John Street, 22nd Fl
New York, New York 10038
(212) 792-9670
SLK@stewartkarlin.com

By: _____
Stewart Lee Karlin, Esq.

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
*Attorney for Defendant*
100 Church Street, 2nd Fl
New York, New York 10007
(212) 356-1652
ETeszler@law.nyc.gov

By: _____
Eric Teszler, Esq.
Assistant Corporation Counsel

So Ordered: 4/20/23

*Brian M. Cogan*
_____
UNITED STATES DISTRICT JUDGE